[No. 42421-1-I.    Division One.    May 10, 1999.]

BELLEVUE PLAZA, INC., *Appellant*, v. THE CITY OF
BELLEVUE, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 97-2-01361-5, R. Joseph Wesley, J., entered
March 18, 1998. *Affirmed* by unpublished opinion per El-
lington, J., concurred in by Grosse and Becker, JJ.

[No. 42434-3-I.    Division One.    May 10, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN
HERRIGES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-04050-3, Anthony P. Wartnik, J., entered
April 13, 1998. *Affirmed* by unpublished per curiam
opinion.

[No. 42569-2-I.    Division One.    May 10, 1999.]

AL BROWN, *Appellant*, v. PACIFIC DEVELOPMENT CONCEPTS,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 96-2-32923-1, George A. Finkle, J., entered
March 27, 1998. *Affirmed* by unpublished per curiam
opinion.

[No. 42592-7-I.    Division One.    May 10, 1999.]

*In the Matter of the Marriage of* BILLY MILLMAN,
*Respondent*, and DONNA MILLMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-3-01925-6, Donald D. Haley, J., entered April
20, 1998. *Affirmed* by unpublished per curiam opinion.